# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
V.

TREMAYNE MCFADDEN

Case Number: 4:06-CR-00008-01-SWW

USM Number: 24010-009

**Date of Original Judgment:** March 6, 2007

**Date of Previous Amended Judgment:** N/A
*(Use Date of Last Amended Judgment if Any)*

Lisa Peters
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of  **X** the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
   72 months **is reduced to 70 months.**

Except as provided above, all provisions of the judgment dated March 6, 2007 will remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/10/2011

/s/Susan Webber Wright
United States District Judge

**This second page contains information that should not be filed in court unless under seal.**
*(Nor for Public Disclosure)*

Defendant:  Tremayne McFadden
Case Number: 4:06-CR-00008-01-SWW
District:   Eastern District of Arkansas

## I. COURT DETERMINATION OF GUIDELINE RANGE (Before Any Departures)

| | | | |
|---|---|---|---|
| Previous Total Offense Level | 27 | Amended Total Offense Level: | 25 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 87 to 108 months | Amended Guideline Range: | 70 to 87 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**X**  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (specify) _____.

## III. ADDITIONAL COMMENTS