*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA                                                          PLAINTIFF

V.                              NO. 4:06CR00008-001 SWW

TREMAYNE MCFADDEN                                                              DEFENDANT

## ORDER

Pending before the Court is defendant's pro se motion for early termination of supervised release previously imposed. The U. S. Probation Officer has advised the Court that, based on the criteria used to assess individuals requesting early termination, the defendant is not eligible at this time based on his prior criminal history, substance abuse and age. The government objects to the early termination of defendant's supervised release. The Court has considered the defendant's motion, government's response and U. S. Probation Officer's memorandum and finds that defendant's motion should be denied.

IT IS THEREFORE ORDERED that defendant's motion for early termination of supervised release [doc #58] previously imposed be, and it is hereby, ***DENIED***.

Dated this 13th day of March 2014.

/s/Susan Webber Wright
United States District Judge